(October 6, 1970)

■ FAITH SUPERMARKETS-BABYLON, INC., et al., Respondents, v. TIMES SQUARE STORES CORPORATION, Appellant.—

Concur —
Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.